# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1619

VERSUS

CARLOS ALBERTO RODRIGUEZ

FEB 2 8 2020

In Re:    Carlos Alberto Rodriguez, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 465867-1.

---

**BEFORE:    GUIDRY, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to rebut the presumption that he waived his right to testify. See **State v. Hampton**, 2000-0522 (La. 3/22/02), 818 So.2d 720. Relator makes conclusory statements concerning the investigation of witnesses in this case, and he also failed to meet his burden of showing that counsel's assistance was so defective as to require reversal of the conviction. See **Strickland v. Washington**, 466 U.S. 668, 687, 104 S.Ct. 2052, 2064, 80 L.Ed.2d 674 (1984). See also **State v. Castaneda**, 94-1118 (La. App. 1st Cir. 6/23/95), 658 So.2d 297, 306. Furthermore, looking at the full comment in context, it is clear that the prosecutor was not vouching for the credibility of the State's witness; but rather, the prosecutor's statements were in direct response to defense counsel's closing arguments. La. Code Crim. P. art. 774; **State v. Williams**, 96-1023 (La. 1/21/98), 708 So.2d 703, 715, cert. denied, 525 U.S. 838, 119 S.Ct. 99, 142 L.Ed.2d 79 (1998); **State v. Palmer**, 2000-0216 (La. App. 1st Cir. 12/22/00), 775 So.2d 1231, 1236, writ denied, 2001-0211 (La. 1/11/02), 807 So.2d 224. Accordingly, the district court did not err by denying the application for postconviction relief.

JMG
WIL

**Higginbotham, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT